UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:14-mj-03225 |
| | ) | MAGISTRATE JUDGE BROWN |
| BRYAN FARLEY | ) | |

MOTION FOR RECONSIDERATION OF DETENTION

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, and requests this Court reconsider its earlier release order regarding defendant Bryan Farley pursuant to 18 U.S.C. §3145. The basis for this request is that over the previous weekend, defendant attempted to kill himself. Although the defendant is in a mental health facility at this time, he will be release soon, and any future attempts to commit suicide could also harm others in the community. Defendant has already missed one court date in Virginia due to his hospitalization and the United States is concerned that defendant may be unable to safely transport himself to Virginia for any future court dates. The United States intends to provide additional information through at witness should the Court deem that a hearing is necessary in this case.

Additionally, the United States has filed an appeal of the release order in the Eastern District of Virginia, which filing is attached.

Wherefore the United States requests a prompt hearing or reconsideration otherwise.

**ORDER**
**Motion Denied**
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

An appeal has been filed in this matter with the EDVA. Absent any authority cited by the USA, I do not believe I have jurisdiction in this matter and the new information should be presented to the District Court in the EDVA.